**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**CHRIS WILLIAMS,**

               **Plaintiff,**

-vs-                                           Case No. C-3-07-472

**ASC EXTERIOR TECHNOLOGIES,**

               **Defendant.**

_____

## ORDER OF DISMISSAL

The Court finds the Plaintiff was notified by order filed July 17, 2008, (Doc. #3) that the time to perfect service had expired, and plaintiff was ordered to show cause in writing within 14 days from the date of the order why defendant should not be dismissed from the action for failure to prosecute. To date, the plaintiff has neither perfected service, nor responded to the Courts order to show cause.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED,** without prejudice. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on this 26th day of January, 2009.

                                                         s/ Thomas M. Rose

                                                    _____
                                                        THOMAS M. ROSE
                                                  UNITED STATES DISTRICT JUDGE